UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>    v.<br><br>MOHAMED AWEYS MUSE,<br><br>                           Defendant. | No.  CR 23-00029-JHC-1<br><br>ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL |

THIS MATTER having come on upon the motion of the Defendant to allow a substitution of counsel, and the parties having agreed that the relief requested is appropriate as evidenced by the signatures of the respective counsel and the Court being advised on the premises, NOW THEREFORE

IT IS ORDERED, ADJUDGED AND DECREED that Christopher Black shall be allowed to withdraw and Emily M. Gause be substituted as counsel for defendant Mohamed A. Muse.

DONE IN OPEN COURT this 10th day of April, 2023.

*/s/ John H. Chun*
HONORABLE JOHN H. CHUN
United States District Court

ORDER GRANTING MOTION TO
WITHDRAW AND SUBSTITUTE
COUNSEL - 1