UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>MOHAMED AWEYS MUSE,<br><br>                         Defendant. | No. CR 23-00029-JHC-1<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

THE COURT having considered the unopposed motion to continue trial filed by Defendant Mohamed Muse in this matter, as well as the records and files herein, hereby makes the following findings:

1. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for time to write substantive pretrial motions, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

2. A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE
- 1

3. The additional time requested is a reasonable period of delay, as the Defendant has requested a two-month continuance to be able to fully draft pretrial motions.

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

5. The additional time requested between the current trial date of April 29, 2024 and the new trial date is necessary to provide counsel for the Defendant the reasonable time necessary to prepare for trial.

6. The period of delay from the date of this order to the new trial date as set by this Court, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and U.S.C. § 3161(h)(7)(B)(i), (iv).

IT IS THEREFORE ORDERED that the defendant's motion is GRANTED. The trial date in this matter is continued to June 24, 2024. All pretrial motions shall be filed no later than May 13, 2024.

IT IS FURTHER ORDERED that the time period between the date of the filing of the unopposed motion and the new trial date is a reasonable delay and is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(6).

SIGNED this 27th day of February, 2024.

_____
HONORABLE JOHN H. CHUN
United States District Judge